IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GREGORY JACKSON,** a/k/a **KENNETH CHAPMAN,** Plaintiff, v. **GREG EVANS,** *et al.*, Defendants. | ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 13-00165-KD-M |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 29, 2013 (Doc. 4), is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action be and is hereby **DISMISSED without prejudice** for failure to prosecute and to obey the Court's Order.

**DONE** and **ORDERED** this the **12**$^{th}$ day of **July 2013**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**