IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GREGORY JACKSON,** ) | |
| a/k/a **KENNETH CHAPMAN,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 13-00165-KD-M** |
| ) | |
| **GREG EVANS,** *et al.*, ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED without prejudice**.

**DONE** and **ORDERED** this the **12th** day of **July 2013**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**