IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GREGORY JACKSON,** | ) | |
| a/k/a **KENNETH CHAPMAN,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO. 13-00165-KD-M** |
| | ) | |
| **GREG EVANS,** *et al.*, | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED without prejudice**.

DONE and ORDERED this the **12**<sup>th</sup> day of **July 2013**.

      /s/ Kristi K. DuBose
      **KRISTI K. DuBOSE**
      **UNITED STATES DISTRICT JUDGE**